IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANDY SPENCER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                          CASE NO. 1D14-1301

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed July 24, 2014.

An appeal from an order of the Circuit Court for Columbia County.
Leandra Johnson, Judge.

Randy Spencer, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

　　　　DISMISSED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.